SIBLEY *et al.,* executors, *v.* LEE.

</div>

BECK, J. No errors of law are complained of, and the evidence was sufficient to support the finding of the jury.

<div align="center">

*Judgment affirmed. All the Justices concur.*

MAY 10, 1911. REHEARING DENIED JUNE 23, 1911.

</div>

Complaint for land. Before Judge Parker. Clinch superior court. June 4, 1910.

*Wilson, Bennett & Lambdin,* for plaintiffs.

*R. G. Dickerson* and *J. L. Sweat,* for defendant.